IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MORALEZ, surviving spouse and legal representative of the Estate of JOSE L. MORALEZ, and legal representative of her minor children, KAELYN MORALEZ, and DUSTIN MORALEZ,<br><br>              **Plaintiffs**,<br>    v.<br><br>CITY OF FRESNO; CHIEF JERRY DYER; CAPTAIN AL MARONEY; LT. ART ALVARADO; LT. BURT FARRAH; SGT. RICHARD MENDOZA; DOES 1 through 20, inclusive,<br><br>              **Defendants**. | CV F 06-0224 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MAY 1, 2006 AND TAKING MATTER UNDER SUBMISSION |

      Defendant City of Fresno has noticed for hearing and decision a motion to dismiss the complaint or for a more definite statement and to strike portions of the complaint. The matter was scheduled for hearing to be held on May 1, 2006. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than April 17, 2006. Plaintiffs failed to do so.

      Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant City of Fresno's motion and the applicable law, and has determined that the motion is suitable

for decision without oral argument.  <u>See</u>  Local Rule 78-230(h).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 1, 2006,  is VACATED, and no party shall appear at that time.  As of May 1, 2006,  the court will take the matter under submission, and the court will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   April 24, 2006**                                    **/s/ Anthony W. Ishii**
0m8i78                                                                   UNITED STATES DISTRICT JUDGE

2