# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MORALEZ, surviving spouse and legal representative of the Estate of JOSE L. MORALEZ, and legal representative of her minor children, KAELYN MORALEZ, and DUSTIN MORALEZ,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF FRESNO; CHIEF JERRY DYER; CAPTAIN AL MARONEY; LT. ART ALVARADO; LT. BURT FARRAH; SGT. RICHARD MENDOZA; DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CV F 06-0224 AWI SMS<br><br>ORDER VACATING HEARING DATE OF July 24, 2006 AND TAKING MATTER UNDER SUBMISSION |

　　Defendant City of Fresno has noticed for hearing and decision a motion to dismiss this action and for entry of judgment in Defendants' favor. The matter was scheduled for hearing to be held on July 24, 2006. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than July 10, 2006. Plaintiffs failed to do so.

　　Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant City of Fresno's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

1   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 24,
2  2006, is VACATED, and no party shall appear at that time.  As of July 24, 2006, the court will
3  take the matter under submission, and the court will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **July 18, 2006**                                **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE